In the Matter of the Probate of the Will of IRWIN M. HERZIG, Deceased. GERTRUDE C. H. NOTES, Appellant; BENJAMIN H. HERZIG, Respondent.

Submitted October 3, 1951; decided October 11, 1951.

*Gertrude C. H. Notes,* in person, for motion.

*Benjamin H. Herzig,* in person, and *Edward Fillmore* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.